FILED

06/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0295

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**No. DA 20-0295**

ROBYN DRISCOLL; MONTANA DEMOCRATIC PARTY; AND DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE,

*Plaintiffs and Appellees*,

V.

COREY STAPLETON, IN HIS OFFICIAL CAPACITY AS MONTANA SECRETARY OF STATE,

*Defendant and Appellant.*

**ORDER GRANTING MOTION TO INTERVENE
(WESTERN NATIVE VOICE, MONTANA NATIVE VOTE, ASSINIBOINE AND SIOUX TRIBES OF FORT PECK, BLACKFEET NATION, CONFEDERATED SALISH AND KOOTENAI TRIBES, CROW TRIBE, FORT BELKNAP INDIAN COMMUNITY)**

Upon consideration of Intervernors' Unopposed Motion to Intervene and brief in support, the Court grants leave for Intervenors to intervene on behalf of the Plaintiffs and Appellees in this matter.

Intervenors shall file their brief on or before the date that Appellees' response brief is due in accordance with this Court's scheduling order

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a true and accurate copy of the foregoing MOTION TO INTERVENE with the Clerk of the Montana Supreme Court, each attorney of record, and each party not represented by an attorney in the above-referenced District Court action, as follows:

Dated this 12th day of June, 2020.

_/s/ Alex Rate_____
Alex Rate